Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

SOUTHERN DIVISION

**FILED - GR**
August 30, 2021 2:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 8-31

| | |
|---|---|
| CASSADAY, KEVIN W. *9178 - PRO SE <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> MICHIGAN REPUBLICAN PARTY - RONALD WEISER <br> THE REPUBLICAN NATIONAL COMMITTEE / <br> GOP PARTY - RONNA McDANIEL <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No.  **1:21-cv-760** <br> **Paul L. Maloney** <br> *(to be)* United States District Judge <br><br> Jury Trial: *(check one)*  ☑ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KEVIN WILLIAM CASSADAY |
| Address | 1804 GUENTHER AVE |
| | LANSING / MI / 48917 |
| | *City / State / Zip Code* |
| County | EATON |
| Telephone Number | 989-615-7096 |
| E-Mail Address | KWCASSADAY@YAHOO.COM - PREFERED |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | MICHIGAN REPUBLICAN PARTY |
| Job or Title *(if known)* | RONALD WEISER - CHAIRPERSON |
| Address | 520 N. SEYMOUR ST |
| | LANSING / MI / 48909 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

BOTH  [X] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | THE REPUBLICAN NATIONAL COMMITTEE / "GOP" PARTY |
| Job or Title *(if known)* | RONNA McDANIEL - CHAIRPERSON |
| Address | 310 FIRST STREET SE |
| | WASHINGTON / DC / 20003 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

BOTH  [X] Individual capacity  [✓] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: MITCH McCONNELL
- Job or Title (if known): SENATE MINORITY LEADER
- Address: 317 RUSSELL SENATE OFFICE BUILDING
  - City: WASHINGTON
  - State: DC
  - Zip Code: 20510
- County:
- Telephone Number: 202-224-2541
- E-Mail Address (if known):

BOTH  [X] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name: KEVIN McCARTHY
- Job or Title (if known): HOUSE MINORITY LEADER
- Address: 2468 RAYBURN HOUSE OFFICE BUILDING
  - City: WASHINGTON
  - State: DC
  - Zip Code: 20515
- County:
- Telephone Number: 202-225-2915
- E-Mail Address (if known):

BOTH  [X] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 U.S. CODE SECTION 1091 - GENOCIDE; 21 U.S. CODE SECTION 848 - CRIMINAL ENTPRISE
42 U.S. CODE SECTION 3617 - COERCION, INTIMIDATION
MICHIGAN CONSTITUTION OF 1963 ARTICLE 1 SECTION 1, 2, 4, 7, 9, 22, 23, 26
18 U.S. CODE SECTION 1113 - ATTEMPT TO COMMIT MURDER OR MANSLAUGHTER
18 U.S. CODE CHAPTER 113B - TERRORISM

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

ADDITIONAL PAGE

B. THE DEFENDANT'

    5. TED CRUZ

        167 RUSSELL SENATE OFFICE BLDG

        127A

        WASHINGTON, DC 20510

    6. RAND PAUL

        167 RUSSELL SENATE OFFICE BUILDING

        WASHINGTON, DC 20510

    7. LINDSEY GRAHAM

        290 RUSSELL SENATE OFFICE BUILDING

        WASHINGTON, DC 20510

THE ABOVE SUBJECTS ARE KNOWN TO BE INVOLVED, PLUS MANY MORE UNKNOWN SUBJECTS

RETALIATION
WHISLEBLOWERS PROTECTIONS
DEPRIVATION OF RIGHTS
OPPRESSION

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

42 U.S. CODE SECTION 1983 - DEPRIVATION OF RIGHTS
21 U.S. CODE SECTION 848 - CRIMINAL ENTERPRISE
42 U.S. CODE SECTION 3617 - COERCION, INTIMIDATION
18 U.S. CODE CHAPTER 113B - TERRORISM
18 U.S. CODE SECTION 201 - BRIBERY OF PUBLIC OFFICIALS

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
PLAINTIFF'S LIFE, HE IS NATIVE

B. What date and approximate time did the events giving rise to your claim(s) occur?
CONTINUAL SINCE 2014
INTO 2021
STARTED EVEN BEFORE 2014

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
MR. CASSADAY HAS BEEN ABUSED BY WHAT PURPORTEDLY SEEMS TO BE MOSTLY RIGHT WINGED RADICALS IN WHICH THIS COVID-19 WAS ORCHESTRATED WITH GAIN OF FUNCTION IN MIND ENACTED BACK IN 2017 BY SOME DEMENTED LEGESLATORS WHO KNEW WHAT THEY WERE SETTING IN MOTION, A GENOCIDE ON MINORITIES, TARGETING MR. CASSADAY AS HE HAS KNOWLEDGE FOR MOST IF NOT ALL OF THE CRIMES COMMITTED.
THE GOP IS FULL OF RACISTS, MAYBE THE WORLD IS BUT THE RADICALS WHO ARE MURDERING THORUGH THE SYSTEM ARE REPUBLICANS, BLAMING DEMOCRATS. THEY ARE TRYING TO PROVOKE A WAR TO COVER THEIR TRAILS, AFGANISTAN.. CUBA.. ASIANS.. JUNETEENTH!! NATIVES ARE STILL ENSLAVED HERE IN AMERICA, THEIR HEALTHCARE HAS BEEN HIGHJACKED BY OTHERS TRAINED TO CALCULATE THEIR LIFE FOR GOVERNMENT. THIS IS ALL AN ILLUSION OF THE GOP WE ARE ALL VICTIM TOO, THEY WAGED WAR ON US. McCONNELL & HIS WIFE ARE INSIDER TRADERS, IN WHICH HIS WIFE A "FOREIGN" SET UP 'WORKHORSE' WITH HER FAMILY TO BILK AMERICA DRY OF THE HARD WORKERS MONEY....

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

EMOTIONAL DISRESS
ACT OF TERRORISM
SLANDER
TORTURE
ABUSE
NEGLECT
WRONGFUL IMPRISONMENT
POISON
ACTS OF WAR ON HUMANITY
DOUBLE STANDARD
HYPOCRICY
GENOCIDE

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

ACCOUNTABILITY TO THE FULLEST ALLOWABLE
MONETARY TO FULLEST ALLOWABLE, IN EXCESS OF $75,000

DAMAGES SHOULD BE THE DIVESTITURE OF DEFENDANT'S ASSETS & FINANCIAL GAINS FROM CRIMINAL ACTIVITY, PROCEEDS TO BE TURNED OVER TO PLAINTIFF, THEY HAVE TOO MUCH...

SOME DEF. HAVE ALREADY DIVESTED OR DONATED IN EXPECTATION OF THESE CLAIMS.

MCL 750.5 FOR ALL ABUSERS {ANYTHING OF THE LIKES}

ALL DEFENDANT' THAT HAVE ENGAGED IN THE TERRORISTIC CRIMNAL ACTIVITY UPON AMERICANS, SHOULD BE BANISHED FROM ALL POLITICS, NON PARDONABLE..

PLAINTIFF WISHES TO RESERVE THE RIGHT TO,
MI CONSTITUTION ARTICLE 1 SECTION 24 - RIGHTS OF CRIME VICTIMS

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/26/2021

Signature of Plaintiff: *Kevin Cassaday*
Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.08.26 22:13:28 -04'00'

Printed Name of Plaintiff: KEVIN CASSADAY

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
        *City*   *State*   *Zip Code*
Telephone Number: _____
E-mail Address: _____



**Return Service Requested**

**USPS Click-N-Ship®**

usps.com $16.05 US POSTAGE Flat Rate Env Signature Confirmation
9489 3036 9930 0000 5564 81 0160 5000 0014 9503
U.S. POSTAGE PAID Click-N-Ship®
08/27/2021 Mailed from 48917

**PRIORITY MAIL 1-DAY™**

KEVIN W CASSADAY
1804 GUENTHER AVE
LANSING MI 48917-8524

Expected Delivery Date: 08/28/21
Ref#: RETURN SVC
**0005**

C040

**RESTRICTED DELIVERY**
**SIGNATURE REQUIRED**

SHIP TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
110 MICHIGAN ST NW
STE 399
GRAND RAPIDS MI 49503-2317

**USPS SIGNATURE TRACKING #**



9489 3036 9930 0000 5564 81

Electronic Rate Approved #038555749