UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KEVIN WILLIAM CASSADAY,

      Plaintiff,                         Case No. 1:21-CV-760

v.                                          HON. GORDON J. QUIST

RONALD WEISER, et al.,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 27, 2021, U.S. Magistrate Judge Phillip J. Green issued a Report and Recommendation (R & R), recommending that the Court dismiss Plaintiff's complaint for failing to state a claim. (ECF No. 7.) The Court has reviewed the R & R.[1] No objections have been filed pursuant to 28 U.S.C. § 636(b). Accordingly, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the September 27, 2021, Report and Recommendation (ECF No. 7) is **approved** and **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for failing to state a claim.

**IT IS FURTHER ORDERED** that, for the reasons set forth in the R & R, the Court finds that any appeal would not be taken in good faith.

A separate judgment will enter.

Dated: November 24, 2021                                       /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE

---

[1] This case was initially assigned to U.S. District Judge Paul L. Maloney. On November 5, 2021, the case was reassigned to the undersigned under Local Rule 3.3.2(b). (ECF No. 8.)